JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| | Plaintiff(s) | CR 2:24-cr-00570-WLH |
| | | CV |
| v. | | |
| CLAIRE PATRICIA HAVILAND, et al., | | **WRIT OF HABEAS CORPUS** |
| ZACHARY S. WINTERS (9) | | ☒ AD PROSEQUENDUM ☐ AD TESTICANDUM |
| | Defendant(s) | |

**WHEREAS** the attached application was granted by the Honorable _____ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Pleasant Valley State Prison

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ZACHARY S. WINTERS**

before the Honorable Pedro V. Castillo, Duty Magistrate Judge _____ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. _____**640**_____ , located at 255 East Temple Street Los Angeles, CA 90012-3332 on **March 13, 2025**

at _____**1:30 p.m.**_____ , and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____

Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTICANDUM**