# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| | 2:24-cr-00570-WLH |
| Plaintiff(s) | |
| v. | |
| CLAIRE PATRICIA HAVILAND, et al., ZACHARY S. WINTERS (9) | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias:

on ___March 13, 2025___ at ___1:30 p.m.___ before Judge/Magistrate Judge ___Castillo, Duty Magistrate Judge___

     *(Date of Appearance)*     (Time)

Dated: _____

_____

    **U.S. District Judge/U.S. Magistrate Judge**